**Fill in this information to identify the case:**

Debtor 1 MATTHEW GERARD HONEYWELL

Debtor 2 VICKY MARIE HONEYWELL
(Spouse, if filing)

United States Bankruptcy Court for the: District of Colorado
(State)

Case number 13-28898-JGR

# Form 4100R

## Response to Final Cure Payment 10/15

According to Bankruptcy Rule 3002.1(g), the creditor response to the trustee's notice of final cure payment.

### Part 1: Mortgage Information

Name of Creditor: WILMINGTON SAVINGS FUND SOCIETY, FSB D/B/A CHRISTIANA TRUST, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE FOR BROUGHAM FUND I TRUST

Court Claim no. (if known) 8

Last 4 digits of any number you use to identify the debtor's account: ******1634

Property address: 305 E MAPLEWOOD AVE
Number  Street

CENTENNIAL, CO 80121
City  State  Zip Code

### Part 2: Prepetition Default Payments

Check One:

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of the response is:   $0.00

### Part 3: Postpetition Mortgage Payment

Check One:

☒ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor is on: February 1, 2019
MM/ DD / YYYY

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow and costs.

Creditor asserts that the total amount remaining unpaid as of _ the date of this responses is:

a. Total postpetition ongoing payments due: (a) $0.00
b. Total fees, charges, expenses, escrow, and costs outstanding: (b) $0.00
c. Suspense (c) -$0.00
d. Total. Add lines a and b. (d) $0.00

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payments that first became due on:
MM / DD / YYYY

| Debtor 1 | MATTHEW GERARD HONEYWELL | | | Case number: 13-28898 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow and costs, the creditor may attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

☐ all payments received;
☐ all fees, costs, escrow, and expenses assessed to the mortgage; and
☐ all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

The person completing this notice must sign it. The response must be filed as a supplement to the creditor's proof of claim..

Check the appropriate box

☐ I am the creditor.

☒ I am the creditor's authorized agent.

I declare under penalty of perjury that the information in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

X _____     Date: 12/27/18
　　Signature

| Print: | Nicholas H. Santarelli #46592 | Title | Attorney for Creditor |
|---|---|---|---|
| | First Name  Middle Name  Last Name | | |
| Company | Janeway Law Firm, P.C. | | |
| Address | 9800 S. Meridian Blvd., Suite 400 | | |
| | Number  Street | | |
| | Englewood, CO 80112 | | |
| | City  State  ZIP Code | | |
| Contact Phone | (303) 706-9990 | Email | bankruptcy@janewaylaw.com |

Certificate of Service

The undersigned hereby certifies that on 12/27/18 a copy of the attached Response to Final Cure Payment was deposited into U.S. mail in an envelope with prepaid, first class postage and addressed as follows:

MATTHEW GERARD HONEYWELL
305 E MAPLEWOOD AVE
CENTENNIAL, CO 80121-2242

VICKY MARIE HONEYWELL
305 E MAPLEWOOD AVE
CENTENNIAL, CO 80121-2242

MATT MCCUNE
1888 SHERMAN ST., STE. 200
DENVER, CO 80203

DOUGLAS B. KIEL
Chapter 13 Trustee
4725 S. MONACO ST.
STE 120
DENVER, CO 80237

AMANDA BISHOP